

**IN THE**
**TENTH COURT OF APPEALS**

—————————

**No. 10-19-00475-CR**

**IN RE BYRRONE WATSON**

—————————

**Original Proceeding**

**MEMORANDUM OPINION**

In this original proceeding Byrrone Watson seeks mandamus relief against the Brazos County Clerk and the Brazos County Director of Collections. A court of appeals has no jurisdiction to issue a writ of mandamus against a county clerk or the director of collections except to protect or enforce its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). We dismiss Watson's writ of mandamus for want of jurisdiction.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Dismissed
Opinion delivered and filed January 8, 2020
Do not publish
[OT06]

